UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00323-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CARLOS CHACON-GUTIERREZ, a/k/a Marcos Caballero-Reyes,

    Defendant.

**ORDER**

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, September 23, 2009,** and responses to these motions shall be filed by **Monday, October 5, 2009.**  It is

    FURTHER ORDERED that a 2-day jury trial is set to commence **Monday, October 19, 2009, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

    ORDERED that the parties shall notify the Court promptly if a hearing on pending motions or final trial preparation conference needs to be set.

Dated: August 18, 2009

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge