UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00323-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  CARLOS CHACON-GUTIERREZ, a/k/a Marcos Caballero-Reyes,

Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

The Change of Plea hearing set for Thursday, November 5, 2009, at 3:00 p.m. is **VACATED** and **RESET** to **Monday, November 30, 2009, at 3:00 p.m.**

Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than **72 HOURS** before the hearing date.  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

Dated:  November 2, 2009